# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
| --- | --- |
| v. | CASE NUMBER: 21-8039MJ |
| Jeffrey Patterson | |

DOA 3-2-21

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Defendant Jeffrey Patterson violated 18 U.S.C. § 2113(a), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Task Force Officer with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☐ No

AUTHORIZED BY:  AUSA Benjamin Goldberg  BG

| TFO Dustin Hooker, FBI | *Dustin Hooker* |
| --- | --- |
| Name of Complainant | Signature of Complainant |

Sworn to before me telephonically

| 3-3-21 | at | Phoenix, Arizona |
| --- | --- | --- |
| Date | | City and State |

| HONORABLE JOHN Z. BOYLE | |
| --- | --- |
| United States Magistrate Judge | Signature of Judicial Officer |

## ATTACHMENT A
## DESCRIPTION OF COUNTS

### Count 1

On or about February 4, 2021, in the District of Arizona, Defendant JEFFREY PATTERSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, 15760 N. Frank Lloyd Wright Blvd, Scottsdale, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### Count 2

On or about February 10, 2021, in the District of Arizona, Defendant JEFFREY PATTERSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Chase Bank, 13602 N. 7th Street, Phoenix, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### Count 3

On or about February 16, 2021, in the District of Arizona, Defendant JEFFREY PATTERSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Chase Bank, 4714 S. Rural Road, Tempe, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### Count 4

On or about February 18, 2021, in the District of Arizona, Defendant JEFFREY PATTERSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and

possession of Wells Fargo Bank, 1004 W. Chandler Blvd, Chandler, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### Count 5

On or about February 19, 2021, in the District of Arizona, Defendant JEFFREY PATTERSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of National Bank of Arizona, 5360 N. La Cholla, Tucson, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### Count 6

On or about March 2, 2021, in the District of Arizona, Defendant JEFFREY PATTERSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Chase Bank, 17140 N. Cave Creek Road, Phoenix, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## ATTACHMENT B
## STATEMENT OF PROBABLE CAUSE

I, Dustin Hooker, a Task Force Officer with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Detective with the City of Phoenix Police Department and a Task Force Officer with the Federal Bureau of Investigation's ("FBI") Bank Robbery/Violent Crimes Task Force (the "Task Force"). I have been an officer with the City of Phoenix for approximately 23 years, a Detective for five years, and assigned to the Task Force since February 2019. Prior to being assigned to the Task Force, I was assigned to the Violent Crimes Bureau/Robbery Unit with the Phoenix Police Department.

2. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents and law enforcement officers working the investigation, and information obtained from witnesses. All U.S. currency stolen from the banks in counts 1 through 6 during this series was federally insured by the Federal Deposit Insurance Corporation ("FDIC").

3. This statement is an overview of the facts relevant to establish probable cause and, as such, does not include every detail known to law enforcement.

### Probable Cause

4. The Task Force has been investigating a series of bank robberies committed within the District of Arizona since February 4, 2021, all in violation of 18 U.S.C. § 2113(a). Thus far, a total of eight bank robberies have been attributed to this series, including two bank robberies in Nevada. Following the third robbery, Task Force officers observed surveillance video of the suspect using a credit card at an ATM machine and later determined that the card was issued to Jeffrey PATTERSON. Officers ran a record check for PATTERSON and, using prior arrest photos, identified PATTERSON as the same individual in surveillance photos from prior robberies.

5. On March 2, 2021, after the sixth bank robbery in Phoenix (and eighth bank robbery overall), officers arrested PATTERSON, who admitted to robbing all eight banks.

## Summary of Arizona Bank Robberies to Date

### Robbery 1, February 4, 2021: Wells Fargo Bank, 15760 N. Frank Lloyd Wright Blvd, Scottsdale, Arizona 85260

6. At approximately 1:45 p.m., the suspect entered Wells Fargo Bank, a federally insured institution. The suspect approached a teller, explained that he needed to make a withdrawal, and then handed a demand note that instructed the teller to produce $5,300 and demanded loose and mixed bills with no dye packs. The note also referenced the suspect's family and a cartel. The teller complied with the suspect's demands and gave him $5,300. The suspect then took the demand note and currency and exited the bank.

7. Surveillance video, combined with the teller's description, showed the suspect as a white male, 5'7" to 5'9" tall, around 180 pounds, wearing a grey-and-white long-sleeve plaid button-up shirt, tan pants, a brown baseball hat with reflective sunglasses on the bill, a black bandana with white paisley print on his face, and white-and-black athletic shoes.

8. A witness at the crime scene observed the suspect place a cup on the garbage can directly in front of the bank prior to the bank robbery. Employees at a neighboring gas station confirmed that an individual matching the suspect's description came in to take a complimentary water cup from the gas station prior to the bank robbery. Investigators with the Task Force obtained surveillance video from the gas station, which showed an individual wearing the same clothing as the suspect in the bank robbery, but with a bandana around his neck instead of covering his face.

**Wells Fargo surveillance photos:**



Superpumper Station surveillance photos:



## Robbery 2, February 10, 2021: Chase Bank, 13602 N. 7th Street, Phoenix, Arizona 85022

9. At approximately 1:00 p.m., the suspect entered Chase Bank, a federally insured institution. The suspect approached the teller window and handed the teller a note that read, "I owe $9,300 to a Mexican cartel. They want it tomorrow or my wife and son will die. This is not a game and I am desperate. I need $9,300 now. Loose bills, no bands. And no dye packs. If they don't get this money EVERYONE will die. PLEASE help me. Sound the alarm after I leave. Once I deliver the money I will turn myself in. I just want to save my family. The money now. You have 20 seconds of me staying nice, then I get angry."

10. The teller supplied the full amount to the suspect. The suspect tapped on the bandit barrier and indicated he wanted the demand note back, but the teller did not return it. The suspect then exited the bank.

11. Surveillance video, combined with the teller's description, showed the suspect as a a white male, 30-40 years old, between 5'8 and 5'11, approximately 180 pounds, with brown eyes and brown hair, wearing a camouflage baseball hat, a black facemask, a grey long sleeve shirt and blue jeans, and with tattoos on his fingers.

**Chase surveillance photos:**

 

## Robbery 3, February 16, 2021: Chase Bank, 4714 S. Rural Road, Tempe, Arizona 85282

12. At approximately 12:22 p.m., the suspect entered Chase Bank, a federally insured institution. The suspect approached the teller window and verbally demanded cash, while also handing the teller a note that said, "Don't Panic. Don't act nervous. I need this money or my family will be killed by a Mexican cartel. $8,000 all 100's. All loose bills. No bands. No dye packs or funny business. Or I will come back for you. 30 seconds. Do it now. All of it!" The teller complied with the demand, giving the suspect $2,000. The suspect then exited the bank.

13. Surveillance video, combined with the teller's description, showed the suspect as a white male, around 5'8 or 5'9, wearing blue jeans, white-and-black athletic shoes, a dark facemask, a grey long-sleeve t-shirt with writing on left breast, a hat with blue sunglasses on the top of the hat, and tattoos on the top of his left hand and on his left fingers.

14. A review of surveillance video showed the suspect using the ATM machine outside the branch prior to the robbery. The video shows the suspect place a card into the

machine before removing it without seeming to conduct any transaction and walking into the bank.

15. Task Force officers obtained the credit card number for the card used by the suspect and, using a subpoena from the Maricopa County Attorney's Office to obtain account holder information, determined the card used by the suspect was issued to Jeffery PATTERSON.

16. Investigators queried PATTERSON's criminal history and discovered that he had two prior felony convictions out of Texas. In 1993, he was convicted of aggravated robbery, a felony, and sentenced to 20 years imprisonment. He also was convicted in 2017 for a controlled substance violation, a felony, and sentenced to three years in prison.

17. Investigators also obtained a recent booking photo of PATTERSON, as well as photos from the Texas Department of Corrections. The photos showed PATTERSON has the same distinct tattoos on his hands and neck that investigators had observed on surveillance videos from the investigated bank robberies.

**Chase surveillance photos:**

 

### Robbery 4, February 18, 2021:  Wells Fargo Bank, 1004 W. Chandler Blvd, Chandler, Arizona 85224

18. At approximately 11:25 a.m., the suspect entered Wells Fargo Bank, a federally insured institution. He approached a teller, where he said he needed to make a withdrawal. He handed the teller a note that said: "Don't panic. Act Normal. Nobody will get hurt. No funny business until I leave. I'm listening to the police dispatch. I will know. I need $5,000. $100 bills. All loose, no bands. Do something stupid and I

will stop being nice. You have something to lose, I don't, except my family who will die if I don't get this money. You have 45 seconds. Do it now. Please." The teller gave the suspect $5,000 and the suspect then exited the bank.

19. Surveillance video, combined with the teller's description, showed the suspect as a white male, 5'8" to 5'09", approximately 160-180 pounds, with light-colored eyes and tattoos on his neck, the top of his chest, the top of his hands, and his fingers. Surveillance video, combined with the teller's description, also showed the suspect wearing white-and-black athletic shoes, blue jeans, a black and dark grey long-sleeve plaid shirt, and a black baseball hat with blue sunglasses on the top. The suspect was also wearing a black facemask.

**Wells Fargo surveillance photos:**

 

### Robbery 5, February 19, 2021:  National Bank of Arizona, 5360 N. La Cholla, Tucson, AZ 85741

20. At approximately 12:37 p.m., the suspect entered a National Bank of Arizona, a federally insured institution. The suspect approached a teller window and produced a note demanding $9,000 with no dye packs or tracking devices. The note also mentioned that the suspect owed money and he needed the money for the safety of his wife and child. The bank teller provided $6,510 and the suspect then exited the bank. A witness later told Task Force officers that a gold-colored minivan was seen leaving the area from the same place the suspect was seen walking to as he left the bank.

21. I reviewed stills from the bank's surveillance videos and, using the booking photos as a comparison, identified the suspect as PATTERSON.

### Robbery 6, March 2, 2021: Chase Bank, 17140 N. Cave Creek Road, Phoenix, Arizona 85032

22. On March 1, 2021, I ran PATTERSON's name through Arizona Motor Vehicle Department ("MVD") records and discovered that PATTERSON had recently registered a gold Chrysler Town and Country minivan, bearing Arizona license plate 14A2TA, under his name and to an address in Chandler, Arizona. I interviewed the individual currently residing at that address, who told me he sold the Chrysler minivan to a white male named Jeff within the last two weeks. The individual helped PATTERSON transfer the title and allowed him to use his address in Arizona for registration.

23. On March 2, 2021, law enforcement searched MVD records for license plate 14A2TA and found it was registered to a new individual and a new address in Phoenix. Investigators then conducted surveillance at the new address and found the gold minivan previously registered to PATTERSON. While conducting the surveillance, investigators observed a white male arrive on a motorcycle and then enter into a dark blue Ford Expedition. The individual bore a strong resemblance to PATTERSON and officers could see that he had the same distinct tattoos on his neck, fingers, and arms. Due to the physical similarity, the officers followed the individual, who they later determined to be PATTERSON, in his vehicle.

24. PATTERSON stopped at a Chase Bank in Phoenix, entered the bank and stayed inside for several minutes, then exited. Officers interviewed the Chase Bank employees, who said the individual had not robbed the bank.

25. Investigators continued to follow PATTERSON, who eventually parked a block away from another Chase Bank, located at 17140 N. Cave Creek Road. PATTERSON entered the bank and exited a few minutes later, running back to his vehicle.

26. Investigators contacted the employees inside the Chase Bank, who stated that a white male with tattoos on his arms and neck had just robbed the bank. According to the

employees, the individual approached a teller and produced a note stating, "All the money in your drawer. No dye packs or I start shooting this bitch up. Don't play with me. I'm not fucking with you. You have 20 seconds, better hurry." The teller provided $1,000, at which point the suspect pulled out what appeared to be a black handgun, pointed it at the victim teller, and demanded more money. The teller complied with the suspect and gave him more money, totaling approximately $2000.

27. I reviewed stills from the surveillance videos and confirmed that the suspect, who was not covering his face, matched PATTERSON's description.

**Chase surveillance photos:**

 

**Arrest and Interview of PATTERSON**

28. Officers continued following PATTERSON, who eventually stopped at a Discount Tire store. At approximately, 4:47 p.m., PATTERSON was arrested and placed into custody. He was transported to Phoenix Police Department headquarters, read his *Miranda* rights, and interviewed. At the time of his arrest, officers found a black airsoft pellet gun in PATTERSON's vehicle.

29. During the interview, PATTERSON admitted to robbing each of the six banks described above, as well as two banks in Nevada. PATTERSON gave details of each bank robbery and identified himself in surveillance photos taken during the robberies. PATTERSON explained that he owed money to a Mexican cartel and robbed the banks to pay off his debt. He further explained that after each robbery, he would send some money back to Mexico and use the rest to live or purchase drugs.

30. PATTERSON claimed ownership of the airsoft gun found at the time of his arrest and told officers that he bought a .22 caliber Ruger handgun while in the Phoenix

area. PATTERSON said he used the Ruger handgun while committing the eighth robbery earlier that day (Robbery 6 described above) and that he had also used it while committing a robbery at an ice cream shop in Nevada. PATTERSON said the gun was located under the seat of the Expedition.

### REQUEST FOR AUTHORIZATION

31. For these reasons, your affiant submits that there is probable cause to believe JEFFREY Patterson committed the six bank robberies described above, each in violation of 18 U.S.C. § 2113 (Bank Robbery).

32. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

*Dustin Hooker*

DUSTIN HOOKER
Task Force Officer
Federal Bureau of Investigation

Sworn telephonically before me this ___3___ day of ___March___, 2021.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge