# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## EXHIBIT LIST --- CRIMINAL

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

MAR 10 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☒ Preliminary Hearing    ☐ Non-Jury Trial    ☐ Jury Trial

USA vs. Patterson, Jeffrey
*Last, First, Middle Initial*

21-MJ-08039-JZB
*Year-Case No-Deft No-Judge*

☒ GOVERNMENT    ☐ DEFENDANT

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Stipulated |
|---|---|---|---|---|
| 1. | 3-10-2021 | 3-10-2021 | Complaint (Document 1) | No |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |