FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 3 1 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____Von_____ M DEPUTY

1   PAUL ANTHONY MARTIN
    Acting United States Attorney
2   District of Arizona
    BENJAMIN GOLDBERG
3   Assistant United States Attorney
    New York State Bar No. 5346838
4   Two Renaissance Square
    40 N. Central Ave., Suite 1800
5   Phoenix, Arizona 85004
    Telephone:  602-514-7500
6   Email: ben.goldberg@usdoj.gov
    Attorneys for Plaintiff
7

**REDACTED FOR**
**PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.   CR-21-231-PHX-SPL (JZB) |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO:   18 U.S.C. § 2113(a)<br>(Bank Robbery)<br>Counts 1-5 |
| Jeffrey Patterson, | 18 U.S.C. § 2113(a) and (d)<br>(Armed Bank Robbery)<br>Count 6 |
| Defendant. | 18 U.S.C. § 924(c)<br>(Using, Carrying, and Brandishing<br>a Firearm During a Crime<br>of Violence)<br>Count 7 |
| | 18 U.S.C. §§ 924(d) and 981, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about February 4, 2021, in the District of Arizona, Defendant JEFFREY PATTERSON, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, 15760 N. Frank Lloyd Wright Blvd, Scottsdale, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance

1    Corporation.

2              In violation of Title 18, United States Code, Section 2113(a).

3                                    **COUNT 2**

4              On or about February 10, 2021, in the District of Arizona, Defendant JEFFREY

5    PATTERSON, by force, violence, and intimidation, did take from the person and presence

6    of a bank teller, money belonging to and in the care, custody, control, management, and

7    possession of Chase Bank, 13602 N. 7th Street, Phoenix, Arizona, the deposits of which

8    were then federally insured by the Federal Deposit Insurance Corporation.

9              In violation of Title 18, United States Code, Section 2113(a).

10                                   **COUNT 3**

11             On or about February 16, 2021, in the District of Arizona, Defendant JEFFREY

12   PATTERSON, by force, violence, and intimidation, did take from the person and presence

13   of a bank teller, money belonging to and in the care, custody, control, management, and

14   possession of Chase Bank, 4714 S. Rural Road, Tempe, Arizona, the deposits of which

15   were then federally insured by the Federal Deposit Insurance Corporation.

16             In violation of Title 18, United States Code, Section 2113(a).

17                                   **COUNT 4**

18             On or about February 18, 2021, in the District of Arizona, Defendant JEFFREY

19   PATTERSON, by force, violence, and intimidation, did take from the person and presence

20   of a bank teller, money belonging to and in the care, custody, control, management, and

21   possession of Wells Fargo Bank, 1004 W. Chandler Blvd, Chandler, Arizona, the deposits

22   of which were then federally insured by the Federal Deposit Insurance Corporation.

23             In violation of Title 18, United States Code, Section 2113(a).

24                                   **COUNT 5**

25             On or about February 19, 2021, in the District of Arizona, Defendant JEFFREY

26   PATTERSON, by force, violence, and intimidation, did take from the person and presence

27   of a bank teller, money belonging to and in the care, custody, control, management, and

28   possession of National Bank of Arizona, 5360 N. La Cholla, Tucson, Arizona, the deposits

1 | of which were then federally insured by the Federal Deposit Insurance Corporation.

2 | In violation of Title 18, United States Code, Section 2113(a).

3 | **COUNT 6**

4 | On or about March 2, 2021, in the District of Arizona, Defendant JEFFREY

5 | PATTERSON, by force, violence, and intimidation, did take from the person and presence

6 | of a bank teller, money belonging to and in the care, custody, control, management, and

7 | possession of Chase Bank, 17140 N. Cave Creek Road, Phoenix, Arizona, the deposits of

8 | which were then federally insured by the Federal Deposit Insurance Corporation, and in

9 | committing such offense, the Defendant did assault or put in jeopardy the life of another

10 | person by the use of a dangerous weapon, that is a firearm.

11 | In violation of Title 18, United States Code, Sections 2113(a) and (d).

12 | **COUNT 7**

13 | On or about March 2, 2021, in the District of Arizona, Defendant JEFFREY

14 | PATTERSON did knowingly use, carry and brandish a firearm during and in relation to a

15 | crime of violence, and did knowingly possess and brandish a firearm in furtherance of a

16 | crime of violence, that is, Armed Bank Robbery, as alleged in Count 6, a felony

17 | prosecutable in a Court of the United States.

18 | In violation of Title 18, United States Code, Section 924(c).

19 | **FORFEITURE ALLEGATION**

20 | The Grand Jury realleges and incorporates the allegations of Counts 1 through 7 of

21 | this Indictment, which are incorporated by reference as though fully set forth herein.

22 | Pursuant to Title 18 United States Code, Sections 924(d) and 981, and Title 28,

23 | United States Code, Section 2461(c), and upon conviction of one or more of the offenses

24 | alleged in Counts 1 through 7 of this Indictment, the defendant shall forfeit to the United

25 | States of America all right, title, and interest in (a) any property constituting, or derived

26 | from, any proceeds the persons obtained, directly or indirectly, as the result of the offense,

27 | and (b) any property used, or intended to be used, in any manner or part, to commit, or to

28 | facilitate the commission of such offense, including, but not limited to the following

- 3 -

involved and used in the offense:

- Ruger .22 caliber handgun, Serial Number 273-60949; and
- $1,097 in U.S. currency.

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.


A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date:  March 31, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

_s/_
BENJAMIN GOLDBERG
Assistant U.S. Attorney